# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141462-3(75)

TOWNSHIP OF RICHMOND,
   Plaintiff-Appellee,

v

RONDIGO, LLC,
   Defendant-Appellant.

SC: 141462-3
COA: 288625; 290054
Macomb CC: 2006-001054-CZ;
2006-004429-CZ

_____/

   On order of the Court, the motion for reconsideration of this Court's December 3, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

d0228